IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID AND CONNIE PRINCE | ) |
| | ) |
| v. | ) NO. 1:08-0058 |
| | ) JUDGE CAMPBELL |
| COUNTRYWIDE HOME LOANS, INC., | ) |
|    et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Withdrawal of Reference (Docket No. 1).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

    IT IS SO ORDERED.

                                                                                  _____
                                                                                  TODD J. CAMPBELL
                                                                                   UNITED STATES DISTRICT JUDGE